UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-22070-CIV-MARTINEZ/BECERRA**

JAIME TAN,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.
_____/

**ORDER ON NOTICE OF SETTLEMENT**

THIS CAUSE came before the Court upon Magistrate Judge Jacqueline Becerra's paperless minute entry for the settlement conference held before her on August 3, 2021, stating that this case has settled. (ECF No. 19). Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2. If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of August, 2021.

                                                                  JOSE E. MARTINEZ
                                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record